DAVIS, SAPERSTEIN & SALOMON P.C.
375 Cedar Lane
Teaneck, NJ 07666-3433
(201) 907-5000
Fax: (201) 692-0444
Attorneys for Plaintiff

| | |
|---|---|
| CHRISTOPHER GALLAGHER,<br><br>         Plaintiff(s),<br><br>- vs -<br><br>WAL-MART STORES EAST I, LP A/K/A WAL-MART SUPERCENTER, LINDEN DEVELOPMENT, LLC, KELVIN BERNADINE, JOHN DOES 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN INDIVIDUALS) AND/OR XYZ CORPS. 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN CORPORATIONS, PARTNERSHIPS AND/OR LIMITED LIABILITY COMPANIES OR OTHER TYPES OF LEGAL ENTITIES)<br><br>         Defendant(s). | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 2:23-cv-01793<br>CLOSED**<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS STIPULATED by and between the Plaintiff(s) and Defendant(s) WAL-MART STORES EAST I, LP, LINDEN DEVELOPMENT, LLC AND KELVIN BERNADINE that the above captioned matter be dismissed with Prejudice and without costs against either party.

| D'ARCAMBAL OUSLEY & CUYLER BURK, LLP | DAVIS, SAPERSTEIN & SALOMON, P.C. |
|---|---|
| *Christy Ramunno* (signature)<br>Christy Ramunno, Esq.<br>Attorney (s) for Defendant (s) | /s/ *Manuel B. Sameiro*<br><br>Manuel B Sameiro Attorney for Plaintiff<br><br>SO ORDERED: 1/29/2024<br>s/Stanley R. Chesler, U. S. D. J. |

-1-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000